Emanuel Polito and Vincenzo Polito, Constituting the Firm of Polito Brothers, Respondents, v. Giuseppi Pitriello and Others, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Isaac Regierer, Respondent, v. Moorehead Realty and Construction Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the verdict is against the weight of evidence. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Christopher Reid, Respondent, v. B. A. & G. N. Williams, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Louis Richard, Respondent, v. Gustave X. Mathews, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Anna Richardson, Appellant, v. Frank O. Bostock, Respondent.— Judgment affirmed on argument, with costs. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Rockland Lake Trap-Rock Company, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant, Impleaded with Cornell Steamboat Company, Defendant.— Judgment affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Abraham Rockmore, Respondent, v. Mary T. Denike and Sarah Beard, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Charles Rosenberg, Respondent, v. Otto Stutzbach and Margaretha Stutzbach, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Frank Salz, Appellant, v. David Stern and Others, Respondents.— Interlocutory judgment affirmed by default, with costs. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Joseph Schlegel and Others, Respondents, v. The Roman Catholic Church of the Most Holy Trinity, in Montrose Avenue, Brooklyn, Appellant, Impleaded with Mary Schlegel and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Richard Schnibbe, Appellant, v. Louis Stutz and Ernest Stutz, Respondents.— Plaintiff's testimony that, upon his objection to the provisions furnished and refusal to accept them, the defendants agreed that if plaintiff would accept them they would "stand behind them," tended to establish indemnification for subsequent acceptance. Without further expression upon the merits, we reverse the judgment dismissing the complaint, and order a new trial, costs to abide the event. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Gustav Schoth, as Administrator, etc., of Arthur Schoth, Deceased, Respond-